UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERENCE J. MORTON, | : |
| Plaintiff | : CIVIL ACTION NO. 3:15-2351 |
| v | : (JUDGE MANNION) |
| DOMINICK L. DEROSE, *et al.* | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motions to dismiss Plaintiff's complaint for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6), (Docs. 31, 33) are **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**DATE:** September 29, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2351-01-ORDER.wpd